FILED
7/3/2020
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Charles Antonio Devon Wright, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20cv562 (UNA) |
| ) | |
| Eric Dean Vanatta, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

The Court is mindful that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). It is apparent that plaintiff's complaint accomplishes none of these goals.

Plaintiff's "Complaint in Suit of Equity" alleges no facts. It includes neither a statement of a cognizable claim nor sets forth a basis for the Court's jurisdiction. Although its title suggests that plaintiff seeks equitable relief, the complaint does not demand relief of any kind.

Because the complaint fails to comply with Rule 8(a), the Court will dismiss it without prejudice.

An Order is issued separately.


DATE: July 3, 2020                                            /s/
                                                              JAMES E. BOASBERG
                                                              United States District Judge